USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/26/25___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| FRED ALSTON, as a Trustee of the LOCAL 272 LABOR-MANAGEMENT PENSION FUND, et al., |
| Plaintiffs, |
| -against- |
| CENTERPARK SERVICES LLC, et al., |
| Defendants. |

24-CV-7393 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This Court's Initial Case Management Order (ICM Order) dated September 9, 2025 (Dkt. 46) directed the parties to submit a joint status letter by November 24, 2025, in advance of the joint status conference on December 1, 2025, at 11:00 a.m. The Court has not received a joint letter in advance of the upcoming status conference.

No later than **November 28, 2025**, the parties must file their joint status letter.

Dated: New York, New York
      November 26, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**