UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/15/26

FRED ALSTON , as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON , as a Trustee of THE                    Civil Action No.
LOCAL 272 WELFARE FUND,                               24 Civ. 7393 (BCM)

                              Plaintiffs,

                                                      JUDGMENT

            -against-

CENTERPARK SERVICES LLC, CENTERPARK
MANAGEMENT LLC, CENTERPARK LLC,

                              Defendants.
-------------------------------------------------------------------------X

The defendants, CENTERPARK SERVICES LLC, CENTERPARK MANAGEMENT LLC, CENTERPARK LLC, having made an Offer of Judgment on January 9, 2026, and the plaintiffs, FRED ALSTON , as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON , as a Trustee of THE LOCAL 272 WELFARE FUND, having Accepted the Offer of Judgment on January 13, 2026, and both the Offer Of Judgment and the Acceptance Of Offer Of Judgment having been duly filed on January 13, 2026, it is

**ORDERED, ADJUDGED AND DECREED,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, (the Fringe Benefits Funds), have final judgment against the defendants, CENTERPARK SERVICES LLC, CENTERPARK MANAGEMENT LLC, CENTERPARK LLC, jointly and severally, all of the defendants in this matter, in the sum of $505,260.08 for the satisfaction of all relief sought in the Complaint for the above-referenced action, including for

contributions owed by the defendants to the Local 272 Labor-Management Pension Fund and the Local 272 Welfare Fund for the time period of July 1, 2023 through June 30, 2024, inclusive of all interest, additional interest, attorneys' fees, costs, penalties, and any other statutory relief that Plaintiffs would have otherwise been entitled to recover in connection with this action. it is further

**ORDERED AND ADJUDGED** that the Clerk of the Court is respectfully requested to enter such judgment forthwith.

SO ORDERED:

BARBARA C. MOSES
United States Magistrate Judge

January 15, 2026

Date